UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur J. Toegemann :
plaintiff:
:
vs. : C.A. CA 08 022 ML
:
Guidance Associated, Inc. :
Melvyn Johnson, M.D. :
Robert Jordan, A.C.S.W. :
United States :
defendants:

COMPLAINT

COUNT 1

1. I, Arthur J. Toegemann, plaintiff pro se, am a resident at 234 Lenox Avenue, City of Providence, County of Providence, State of Rhode Island.

2. Defendant Guidance Associated, Inc., was incorporated in the State of Rhode Island, practising at 206A Governor St., City of Providence, County of Providence, State of Rhode Island.

3. Defendant Melvyn Johnson, Doctor of Medicine, psychiatrist, practiced at 206A Governor St., City of Providence, County of Providence, State of Rhode Island, and at 250 Wampanoag Trail, City of East Providence, County of Providence, State of Rhode Island.

4. Defendant Robert Jordan, accredited clinical social worker, practiced at 206A Governor St., City of Providence, County of Providence, State of Rhode Island.

5. Defendant the United States Selective Service System is an agency of the United States.

6. Jurisdiction is alleged under Title 28, §1331 Federal question.

7. The US Selective Service System's status of "conscientious objection" is inadequate, causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, arrested developement and defamation.

COUNT 2

1. I reallege paragraphs 1 thru 6 of Count 1.

2. US Selective Service System has refused to correct my classification, causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, arrested developement and defamation.

COUNT 3

1. I reallege paragraphs 1 thru 6 of Count 1.

2. In 1972 defendant Dr. Melvyn Johnson misrepresented me, wrongly and wrongfully, as mentally ill to the U.S. Selective Service System causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, arrested developement and defamation.

COUNT 4

1. I reallege paragraphs 1 thru 6 of Count 1.

2. In 1970 defendant Robert Jordan, accredited clinical social worker, of Guidance Associated, Inc. misled me regarding conscientious objector status with the U.S. Selective Service System causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, arrested developement and defamation.

COUNT 5

1. I reallege paragraphs 1 thru 6 of Count 1.

2. In 1972 the defendants maliciously misrepresented me as mentally ill to the U.S. Selective Service System for professional gain, causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, arrested developement and defamation.

COUNT 6

1. I reallege paragraphs 1 thru 6 of Count 1.

2. In 1972 the defendants maliciously misrepresented me to the U.S. Selective Service System as

mentally ill because I protested the war in Vietnam, causing me to suffer psychological injury, specifically, social withdrawal, disorientation, isolation, and arrested developement; and defamation.

Wherefore for willful negligence, medical malpractice, and misconduct causing psychological and sociological injury, I demand the defendants and principals of Guidance Associated, Inc. pay to me Four hundred thousand and 00/100 Dollars ($400,000.00) for compensatory and consequential damages; and Six hundred thousand and 00/100 Dollars ($600,000.00) in punitive award.

I demand the United States revise its status of conscientious objector so that it is reasonable, and amend my Selective Service System record so that it accurately represents my status of conscientious objector, with protest of the war with Vietnam counted as national service with honorable discharge and just compensation.

I demand the United States commend my protest of the US war with Vietnam; and to pay all costs of this action.

I demand a trial by jury.

Respectfully submitted,
Plaintiff, pro se,

Arthur J. Toegemann
234 Lenox Ave.
Providence, RI 02907
(401) 785-9604

January 14, 2008