UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Arthur J. Toegemann :
plaintiff :
:
vs. : C.A. CA 08 022 ML
:
Guidance Associated, Inc. et al :
United States :
defendants :

Petition to proceed without payment of any fees

Petitioner is trying to have his Selective Service record corrected and his protest of the war with Vietnam commended.

Registration with the Selective Service of all US males upon reaching the age of 18 years old is compelled by federal law. Such compelling obligates the government to provide recourse freely.

Selective Service registration establishes the suit as a federal matter.

Respectfully submitted,
Plaintiff,

Arthur J. Toegemann
pro se
234 Lenox Ave.
Providence, RI 02907
(401) 785-9604

January 14, 2008