UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Arthur J. Toegemann<br>plaintiff<br><br>vs.<br><br>Guidance Associated, Inc.<br>Melvyn Johnson, M.D.<br>Robert Jordan, A.C.S.W<br>United States<br>defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 08-022 ML |

Plaintiff's Exception to Magistrate's Report and Recommendation

US Magistrate Judge David L. Martin's Report and Recommendation does not address this claim at several relevant points.

The magistrate's report does not recognize that the Plaintiff's motion to proceed without payment of any fees is not a petition to proceed as a pauper. The petition is based on a different concept: that the government is obliged to provide recourse freely because the subject matter is compelled by federal law, i.e., registration with the Selective Service (SS). Attempting to rest on an earlier finding while neglecting the hardcopy document filed in this instant action is curious at best.

In the alternative, a petition to proceed as a pauper can be filed if necessary. Plaintiff believes he qualifies, a financial situation caused by the tort(s) complained of herein.

Additionally, regarding the subject of costs: the Court has denied the Plaintiff the right to file electronically. This, and other costs of litigation, create an appearance of the government merely overwelming the Plaintiff by its vast resources, attempting to evade the merits of the action.

The obligation to register with the SS is gender specific; only male citizens are compelled by law to register for duty that demands the complete surrender of one's life. When the case is before

Chief Justice Lisi, a female judge, this may become relevant.

Other problems with the Magistrate's report are:

1) it refers to an earlier claim's (94-0132 ML) lack of filing an administrative tort claim. The instant claim includes as evidence an internet correspondence with the SS indicating the SS has, in the interim, refused to hear the claim, despite being constituted to do so. Hence this filing.

2) exception to the fault(s) of jurisdiction with the earlier claim were never made because the claim was dismissed when the petition to proceed as a pauper was denied; there was no opportunity. Plaintiff now maintains defendants' Dr. Johnson, Mr. Jordan and Guidance Associated, Inc., relation to federal subject matter, psychiatric, social working guidance regarding the SS, does establish federal jurisdiction.

As similarities with the earlier filing have been noted, so too now are differences.

94-0132 ML was filed mere months before the best selling publication of former Secretary of Defense Robert S. McNamara's apology for initiating the US war with Vietnam In Retrospect: the tragedy and lessons of Vietnam. In 2004, the apology, repeated, won the Academy Award for Documentary from the Academy of Motion Picture Arts and Sciences in Fog of War. These are now submitted as evidence. As a local phenomenon, Mr. McNamara gave the same apology, twice, at Brown University during book promotions which the Plaintiff attended.

Also submitted for evidence is the apparent tampering of evidence by suppression, i.e., President Lyndon Johnson's August 4, 1964 speech to the nation, in which he stated "There were no US losses." in the Gulf of Tonkin incident. The most accessible demonstration of this is at the search engine google: enter "gulf of tonkin" and find the speech at over 100 links into the subject, long after the Johnson's August 5 speech to Congress and long after links to Iraq! Similarly, Plaintiff has been unable to find a hardcopy production of the August 4 speech without turning to

microfiche of newspapers. This is in answer to the SS asking the Plaintiff, hypothetically, "What did you know then?" in regard to qualifying for conscientious objection to the US war with Vietnam.

Ambitious, the claim seeks to correct the inadequacies of the SS at its criteria for conscientious objection, employing a better legal/moral standard and language that accomplishes the identification of individuals who have valid, sound objection to an instant, not general, action.

Even more ambitious, the claim seeks to have Vietnam war protestors commended and any defamatory records created by such protest corrected.

While presently unable to provide the citations, in his reading of the United States Code Service Plaintiff has found precedent recognizing "mental incarceration", an attempt to address a psychological state inflicted by trauma. Plaintiff prays the court shows the matter herein the respect it deserves, to realize there are substantial consequences at hand. Altho a college degreed, measured genius, the Plaintiff's aggragate income has been far below the federal poverty line; he has never married and has no children, true to the symptoms imposed by the false diagnosis submitted to the SS over 30 years ago.

Out of court, the Plaintiff is recommending the correction by revision of two medical texts at the disorder he is defamed at: schizophrenia.

Respectfully submitted,
Plaintiff, pro se

Arthur J. Toegemann
234 Lenox Ave.
Providence, RI 02907
401-785-9604

arttoeg@hotmail.com

February 20, 2008

CERTIFICATION

I certify I mailed a true copy of the within Exception to the U.S. Attorney, Westminster Sq. Bldg. 10 Dorrance St. Providence, RI 02903 on February 20, 2008.

Note: there is no mailing to the other defendants as they are out of business.

Arthur J. Toegemann