UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR J. TOEGEMANN

v. CA 08-022 ML

GUIDANCE ASSOCIATED, INC.
MELVYN JOHNSON, M.D.,
ROBERT JORDAN, A.C.S.W.,
UNITED STATES

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on February 6, 2008. Magistrate Judge Martin recommends dismissal of this action because it fails to state a claim upon which relief can be granted. Magistrate Judge Martin also recommends denial of Plaintiff's Motion to Proceed In Forma Pauperis. This Court has reviewed Plaintiff's objections and finds them to be without merit. Accordingly, this Court adopts the Report and Recommendation in its entirety. Plaintiff's Petition to Proceed Without Payment of Fees is denied. Further, the complaint is dismissed pursuant to 28 U.S.C. § 1915 (e)(2).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 4, 2008