# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ARTHUR J. TOEGEMANN**

**Vs.** **C.A. NO. 08-22ML**

**GUIDANCE ASSOCIATED, INC.,**
**MELVYN JOHNSON, M.D.,**
**R0BERT JORDAN, A.C.S.W. and**
**UNITED STATES OF AMERICA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Guidance Associated, Inc., Melvyn Johnson, M.D., Robert Jordan, A.C.S.W. and the United States of America against the plaintiff, Arthur J. Toegemann, pursuant to the Order dated March 4, 2008 DISMISSING plaintiff's complaint for failure to state a claim upon which relief can be granted.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: March 4, 2008